**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cobalis Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>**91-1868007** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**14462 Allegan**<br>**Whittier, CA 90604**    ZIP CODE **90604-0000** | Street Address of Joint Debtor (No. & Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**16795 Von Karman**<br>**Suite 200**<br>**Irvine, CA 92606**    ZIP CODE **92606-0000** | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **16795 Von Karman  Suite 200** Irvine**, CA 92606** ||

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

---
Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] OVER 100,000 |

Estimated Assets
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

Estimated Debts
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

B1 (Official Form 1) (4/10) **Page 2**

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Cobalis Corporation** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: **Central District of California INVOLUNTARY CASE** | Case Number: **8:07-bk-12347-TA** | Date Filed: **8/12/07** |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)    (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Cobalis Corporation** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. **X** /s/ Chaslav Radovich<br>Signature of Debtor **Chaslav Radovich**<br>**X**<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br>**X**<br>(Signature of Foreign Representative)<br><br>(Printed Name of Foreign Representative)<br><br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X** /s/ Blake Lindemann<br>Signature of Attorney for Debtor(s)<br>**Blake Lindemann 255747**<br>Printed Name of Attorney for Debtor(s)<br>**Attorney-At-Law**<br>Firm Name<br>**433 N. Camden Drive**<br>**4th Floor**<br>**Beverly Hills, CA 90210**<br>Address<br>                 **Email:Blake@lawbl.com**<br>**310-279-5269 Fax:310-279-5240**<br>Telephone Number<br>**July 8, 2011**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>Address<br>**X**<br><br>Date |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>**X**<br>Signature of Authorized Individual<br>**Chaslav Radovich**<br>Printed Name of Authorized Individual<br>**President**<br>Title of Authorized Individual<br>**July 8, 2011**<br>Date | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Central District of California

In re   **Cobalis Corporation**                                                                                          Case No.
                                    Debtor(s)                                                                                     Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Atlanta Allergy & Asthma Clinic,PA**<br>**Mr. Bradley Dykstra**<br>**Mr. Robert Angrisani**<br>**1965 North Park Place**<br>**Atlanta, GA 30339-2001** | **Atlanta Allergy & Asthma Clinic,PA**<br>**Mr. Bradley Dykstra**<br>**Mr. Robert Angrisani**<br>**Atlanta, GA 30339-2001** | | | **Unknown** |
| **Benchmark Research**<br>**113 N Robinson St**<br>**PO Box 5**<br>**Miles, TX 76861-0005** | **Benchmark Research**<br>**113 N Robinson St**<br>**PO Box 5**<br>**Miles, TX 76861-0005** | | **Disputed** | **55,991.00** |
| **Biogenics Research**<br>**Attn: Robert Lee Jacobs, MD**<br>**8233 Fredericksburg Road**<br>**San Antonio, TX 78229-3356** | **Biogenics Research**<br>**Attn: Robert Lee Jacobs, MD**<br>**8233 Fredericksburg Road**<br>**San Antonio, TX 78229-3356** | | **Disputed** | **Unknown** |
| **Blue Shield Of California**<br>**Attn: Susan Rische**<br>**Risk Management/Law Dept**<br>**50 Beale St 22-195**<br>**San Francisco, CA 94105-1813** | **Blue Shield Of California**<br>**Attn: Susan Rische**<br>**Risk Management/Law Dept**<br>**San Francisco, CA 94105-1813** | | | **Unknown** |
| **Brad Chisick Trust**<br>**Brian A Kumamoto Esq.**<br>**19900 MacArthur Blvd Ste 1150**<br>**Irvine, CA 92612-8433** | **Brad Chisick Trust**<br>**Brian A Kumamoto Esq.**<br>**19900 MacArthur Blvd Ste 1150**<br>**Irvine, CA 92612-8433** | | | **Unknown** |
| **Bruce G. Martin**<br>**Southwest Allergy & Asthma Ctr. P.A.**<br>**7711 Louis Pasteur Ste 901/905**<br>**San Antonio, TX 78229-3415** | **Bruce G. Martin**<br>**Southwest Allergy & Asthma Ctr. P.A.**<br>**San Antonio, TX 78229-3415** | | **Disputed** | **Unknown** |
| **Clinical Research Center of Indiana**<br>**Attn: Pinkus Goldberg, MD**<br>**3266 N Meridian Street #701**<br>**Indianapolis, IN 46208-5846** | **Clinical Research Center of Indiana**<br>**Attn: Pinkus Goldberg, MD**<br>**3266 N Meridian Street #701**<br>**Indianapolis, IN 46208-5846** | | **Disputed** | **51,542.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Cobalis Corporation**                                    Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **EMPLOYMENT DEVELOPMENT DEPARTMENT STATE OF CALIFORNIA MIC 91 PO BOX 826218 Sacramento, CA 94230-6218** | **EMPLOYMENT DEVELOPMENT DEPARTMENT STATE OF CALIFORNIA MIC 91 Sacramento, CA 94230-6218** | | **Disputed** | **Unknown** |
| **Franchise Tax Board Attn: Bankruptcy P.O. Box 2952 Sacramento, CA 95812-2952** | **Franchise Tax Board Attn: Bankruptcy P.O. Box 2952 Sacramento, CA 95812-2952** | | **Disputed** | **Unknown** |
| **Glast, Phillips & Murray Attn: Charles Frederiksen 2200 One Galleria Tower 13355 Noel Road, L.B. 48 Dallas, TX 75240-6832** | **Glast, Phillips & Murray Attn: Charles Frederiksen 2200 One Galleria Tower Dallas, TX 75240-6832** | | | **62,635.00** |
| **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346** | **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346** | | | **Unknown** |
| **Iowa Clinical Research Corp. Attn: Holly Brown, MD 225 East Burlington St. Iowa City, IA 52242-1523** | **Iowa Clinical Research Corp. Attn: Holly Brown, MD 225 East Burlington St. Iowa City, IA 52242-1523** | | **Disputed** | **42,160.00** |
| **Jim Luce c/o James C. Bastian, Jr. Shulman Hodges & Bastian LLP 26632 Towne Centre Drive, Suite 300 Foothill Ranch, CA 92610-2814** | **Jim Luce c/o James C. Bastian, Jr. Shulman Hodges & Bastian LLP Foothill Ranch, CA 92610-2814** | | **Disputed** | **150,000.00** |
| **Levey Filler Rodriguez Kelso & Dibianchi, LLP 1688 Meridian Avenue Suite 902 Miami Beach, FL 33139-2712** | **Levey Filler Rodriguez Kelso & Dibianchi, LLP 1688 Meridian Avenue Miami Beach, FL 33139-2712** | | **Disputed** | **Unknown** |
| **Medtox Attn: Corporate Officer 402 West County Road D Saint Paul, MN 55112-3597** | **Medtox Attn: Corporate Officer 402 West County Road D Saint Paul, MN 55112-3597** | | **Disputed** | **58,316.00** |
| **Monarch Nutraceuticals** | **Monarch Nutraceuticals** | | | **74,461.80** |
| **Montenegrex 41-26 27 Street Long Island City, NY 11101-3838** | **Montenegrex 41-26 27 Street Long Island City, NY 11101-3838** | | **Disputed** | **2,500,000.00** |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re **Cobalis Corporation**        Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **PSF PLLC**<br>**dba Family Allergy and Asthma**<br>**9800 Shellbyville Road**<br>**Louisville, KY 40223-2977** | **PSF PLLC**<br>**dba Family Allergy and Asthma**<br>**9800 Shellbyville Road**<br>**Louisville, KY 40223-2977** | | **Disputed** | **49,918.00** |
| **Research Across America**<br>**Attn: Jeffery Adelglass, MD**<br>**6020 West Parker Road, #400**<br>**Plano, TX 75093-8175** | **Research Across America**<br>**Attn: Jeffery Adelglass, MD**<br>**6020 West Parker Road, #400**<br>**Plano, TX 75093-8175** | | **Disputed** | **51,542.00** |
| **YA Global Investments LP**<br>**101 Hudson St Ste 3700**<br>**Jersey City, NJ 07302-3934** | **YA Global Investments LP**<br>**101 Hudson St Ste 3700**<br>**Jersey City, NJ 07302-3934** | | **Disputed** | **1,800,000.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **July 8, 2011**      Signature **/s/ Chaslav Radovich**
                                                       **Chaslav Radovich**
                                                       **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
Cobalis Corporation
16795 Von Karman
Suite 200
Irvine, CA 92606


Blake Lindemann
Attorney-At-Law
433 N. Camden Drive
4th Floor
Beverly Hills, CA 90210


Atlanta Allergy & Asthma Clinic,PA
Mr. Bradley Dykstra
Mr. Robert Angrisani
1965 North Park Place
Atlanta, GA 30339-2001


Benchmark Research
113 N Robinson St
PO Box 5
Miles, TX 76861-0005


Biogenics Research
Attn: Robert Lee Jacobs, MD
8233 Fredericksburg Road
San Antonio, TX 78229-3356


Blue Shield Of California
Attn: Susan Rische
Risk Management/Law Dept
50 Beale St 22-195
San Francisco, CA 94105-1813


Brad Chisick Trust
Brian A Kumamoto Esq.
19900 MacArthur Blvd Ste 1150
Irvine, CA 92612-8433


Bruce G. Martin
Southwest Allergy & Asthma
Ctr. P.A.
7711 Louis Pasteur Ste 901/905
San Antonio, TX 78229-3415
```

Clinical Research Center of Indiana
Attn: Pinkus Goldberg, MD
3266 N Meridian Street #701
Indianapolis, IN 46208-5846


EMPLOYMENT DEVELOPMENT DEPARTMENT
STATE OF CALIFORNIA
MIC 91
PO BOX 826218
Sacramento, CA 94230-6218


Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952


Glast, Phillips & Murray
Attn: Charles Frederiksen
2200 One Galleria Tower
13355 Noel Road, L.B. 48
Dallas, TX 75240-6832


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Iowa Clinical Research Corp.
Attn: Holly Brown, MD
225 East Burlington St.
Iowa City, IA 52242-1523


Jim Luce
c/o James C. Bastian, Jr.
Shulman Hodges & Bastian LLP
26632 Towne Centre Drive, Suite 300
Foothill Ranch, CA 92610-2814


Levey Filler Rodriguez Kelso &
Dibianchi, LLP
1688 Meridian Avenue
Suite 902
Miami Beach, FL 33139-2712

McCabe Way Irvine, LLC
Attn: Robert Stillwagon
3197-A Airport Loop Drive
Costa Mesa, CA 92626-3424


Medtox
Attn: Corporate Officer
402 West County Road D
Saint Paul, MN 55112-3597


Monarch Nutraceuticals


Montenegrex
41-26 27 Street
Long Island City, NY 11101-3838


PSF PLLC
dba Family Allergy and Asthma
9800 Shellbyville Road
Louisville, KY 40223-2977


Research Across America
Attn: Jeffery Adelglass, MD
6020 West Parker Road, #400
Plano, TX 75093-8175


Rubenstein Investor Relations
c/o Rucci, Burnham, Carta, Carello
30 Old Kings Highway So POB 1107
Darien, CT 06820-1107


Wilson Sonsini Goodrich & Rosati
Attn: Martin Waters
650 Page Mill Road
Palo Alto, CA 94304-1050

```
YA Global
101 Hudson St Ste 3700
Jersey City, NJ 07302-3934


YA Global Investments LP
101 Hudson St Ste 3700
Jersey City, NJ 07302-3934
```