# UNITED STATES BANKRUPTCY COURT

*Central District of California*

In re:     Cobalis Corporation                              Chapter 11

## Statement Regarding Authority To Sign and File Petition

I, Chaslav Radovich, declare under penalty of perjury that I am the President and Member of the Board of Directors of Cobalis Corp., a Nevada corporation and that on July 8, 2011, a resolution was duly adopted by the Board of Directors of this corporation, a copy of which is attached hereto as Exhibit "1".

Executed on: July 8, 2011          Signed: _____
                                            Chaslav Radovich

## *EXHIBIT "1"*

## CONSENT TO RESOLUTIONS IN LIEU OF MEETING OF THE BOARD OF DIRECTORS OF COBALIS CORP

Effective as of July 8, 2011

The undersigned being the duly authorized Board of Directors ("Board") of Cobalis Corp, a Nevada Corporation (the "Corporation"), in lieu of holding a special meeting of members, hereby waives notice of the meeting to consider matters incorporated in this resolution, and does hereby take the following actions and adopt the following resolutions by written consent pursuant to applicable Nevada Corporation law, the articles of corporation, bylaws, and that said resolutions have not been rescinded and remain in full force and effect on the date thereof. The undersigned consent to and approve of the actions set forth in the following resolutions.

**WHEREAS**, the Board has reviewed the materials put together for the Corporation regarding the liabilities and liquidity situation of the Corporation, the strategic alternatives available to it, and the impact of the foregoing on the Corporation's business;

**WHEREAS**, the Board has had the opportunity to consult with counsel, consultants, advisors, other professionals, and the President of the Corporation regarding the strategic alternatives available to the Corporation;

**NOW, THEREFORE, IT IS RESOLVED**, that in the Judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors and other parties in interest, that the Corporation file or cause to be filed a voluntary petition for relief (the "Voluntary Petition") under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. Sections 101-1532 (the "Bankruptcy Code"), on or after July 8, 2011.

**RESOLVED FURTHER** that President Chaslav Radovich ("Officer"), or such other persons that Officer may direct (the "Authorized Persons"), acting alone or with one or more other Authorized Persons be, and they hereby are, authorized and empowered to execute and file on behalf of the Corporation all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the case and obtain Chapter 11 relief, including but not limited to motions to obtain the use of cash collateral and provide adequate protection therefore and to take any and all further acts and deed that they deem necessary, proper and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case; and it is

**RESOLVED FURTHER**, that the Authorized Persons are hereby authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with the Bankruptcy case; and it is

**RESOLVED FURTHER**, that the Authorized Persons are hereby authorized and directed to employ Blake Lindemann and associates to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the

chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Blake Lindemann; and it is

**RESOLVED FURTHER**, that the Authorized Persons be, and they hereby are, authorized and directed to employ any other professionals to assist the Corporation in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and it is

**RESOLVED FURTHER**, that the Authorized Persons of Corporation, or any other persons appointed to act on Corporation's behalf in connection with the bankruptcy filing are hereby authorized and empowered by and on behalf of Corporation and in its name to execute and deliver all applications, certificates, agreements, or any other instruments or documents or any amendments or supplements thereto and to do and to cause all other acts and things as they or any of them may deem necessary or appropriate to effectuate the purpose of the foregoing resolutions. And the execution by such Authorized Persons of such documents shall conclusively establish their authority there from the Corporation and the approval and ratification by the Corporation of such documents executed and their actions so taken; and it is

**RESOLVED FURTHER**, that any such action taken prior to the effective date of this Consent by the Authorized Persons appointed to act on Corporation's behalf in connection with the foregoing resolutions, are hereby ratified, confirmed, and approved by Corporation; and it is

**RESOLVED FURTHER**, that this Consent when executed by the proper signatories hereof, shall be effective as of: July 8, 2011 and shall remain in full force and effect on the date thereof.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Written Consent of the Duly Authorized Board of Corporation, as of July 8, 2011.

**BOARD OF DIRECTORS**

Dated:     July 8, 2011

By: Chaslav Radovich
Title: President, Director

Dated:     July 8, 2011

By: Carlos Tejeda
Title: Chief Financial Officer, Director

Dated:     July 8, 2011

By: Martin Marion
Title: Chief Executive Officer, Director

Dated:    July 8, 2011

/s/ _____
By: Michael Trcka
Title: Director

Dated:    July 8, 2011

_____
By: Rudy Radovich
Title: Director

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Blake Lindemann**<br>Attorney-At-Law<br>433 N. Camden Drive<br>4th Floor<br>Beverly Hills, CA 90210<br>310-279-5269 Fax: 310-279-5240<br>255747<br>☒ *Attorney for:* Debtor | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Cobalis Corporation**<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists     Date Filed: __7-8-11__
☐ Amendments to the petition, statement of affairs, schedules or lists     Date Filed: _____
☐ Other: _____     Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_[signature]_____     **July 8, 2011**
*Signature of Authorized Signatory of Filing Party*     Date

**Chaslav Radovich**
*Printed Name of Authorized Signatory of Filing Party*

**President**
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

**/s/ Blake Lindemann**     **July 8, 2011**
*Signature of Attorney for Filing Party*     Date

**Blake Lindemann 255747**
*Printed Name of Attorney for Filing Party*