

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| In re:<br><br>COBALIS CORPORATION<br><br><br><br>Debtor(s). | CASE NO.: 11-39429EC<br>CHAPTER: 11<br><br>ORDER REASSIGNING BANKRUPTCY CASE PURSUANT TO GENERAL ORDER 99-02 TO JUDGE WITH PRIOR RELATED CASE/ PROCEEDING<br><br>☒ WITHIN DIVISION TRANSFER<br><br>☐ WITHIN DISTRICT TRANSFER |

It appearing that the above-captioned bankruptcy case is properly transferable in accordance with the provisions of General Order 99-02,

IT IS HEREBY ORDERED that the above-captioned bankruptcy case be reassigned to Bankruptcy Judge THEODOR ALBERT _____ [name to be inserted by the judge] for all further proceedings.

☒ **Within Division Transfer**

The bankruptcy case number will remain the same. However, the judge's initials must be changed to TA _____ [initials to be inserted by the judge] on all documents filed with the court.

☒ All adversary proceeding(s) to be transferred

☐ Do not transfer adversary proceeding(s)

☐ Other: _____

(Page 1 of 2)

| In re | (SHORT TITLE) | CASE NO.: 11-39429EC |
|---|---|---|
| | Debtor(s). | CHAPTER: 11 |

☐ **Within District Transfer**

The new bankruptcy case number is _____ [will be issued by the Clerk's Office after the order is signed].

☐ All adversary proceeding(s) to be transferred and the new adversary proceeding case number(s) will be issued by the Clerk's Office.

☐ Do not transfer adversary proceeding(s)

☐ Other: _____

Dated: 7/12/11

*Ellen Carroll*
UNITED STATES BANKRUPTCY JUDGE

(Page 2 of 2)